IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| LAURIE BORDOCK, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:13-cv-0057-SWW |
| | * | |
| | * | |
| MARVIN'S, INC., | * | |
| | * | |
| | * | |
| Defendant. | * | |

## ORDER

Laurie Bordock filed a pro se Complaint on February 5, 2013 [doc.#2] against Marvin's, Inc. in Fayetteville, Arkansas. Because Fayetteville, Arkansas is located in the Western District of Arkansas, the interests of justice would best be served by transferring this case to the United States District Court for the Western District of Arkansas, under 28 U.S.C. § 1406(a) and 28 U.S.C. § 1391(e). The Clerk of Court is directed to transfer this case immediately to the United States District Court for the Western District of Arkansas, Fayetteville Division, John Paul Hammerschmidt Federal Building, 35 East Mountain Street, Suite 510, Fayetteville, Arkansas 72701.

IT IS SO ORDERED this 7th day of February 2013

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE